UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL DEANDRE ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>JAMES WALKER, Warden,<br><br>Respondent. | No. ED CV 08-480-R (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 28, 2009

_____
HONORABLE MANUAL L. REAL
UNITED STATES DISTRICT JUDGE